AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| Christopher Kinney (YOB: 1974) | ) 1:18MJ154PAS |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the _____ District of    Rhode Island   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) Distribution of Child Pornography | |
| 18 U.S.C. 2252(a)(4)(B) Possession of Child Pornography | |
| 18 U.S.C. § 2422(b) Attempted Child Enticement | |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature
ADAM J. HOUSTON
Printed name and title

Sworn to before me and signed in my presence.

Date: April 27, 2018

_____
Judge's signature

City and state:    Providence, Rhode Island       Patricia A. Sullivan, U.S. Magistrate Judge
Printed name and title